■ ETHEL SAROKIN et al., Appellants, v. 500 8TH AVENUE ASSOCIATES, INC., Respondent, et al., Defendant.— In a negligence action to recover damages for personal injury, loss of services and medical expenses, the plaintiffs appeal from a judgment of the Supreme Court, Kings County, entered September 29, 1961 after a jury trial, dismissing the complaint on the merits as against the corporate defendant. The judgment was based on an order which granted said defendant's motion for a directed verdict after the jury had been discharged by reason of its failure to reach a verdict. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ RAYMOND L. ZEBROWSKI, Respondent, v. RALPH GIANNINOTO et al., Individually and as Partners Doing Business under the name of TRIANGLE TREE SURGERY, Appellants.— In a negligence action to recover damages for injury to person and property sustained by plaintiff as the result of a collision between his motorcycle and defendants' truck, the defendants appeal from a judgment of the Supreme Court, Nassau County, entered February 23, 1962 upon a jury's verdict after trial, in plaintiff's favor. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ ISIDORE LEVY, Appellant, v. LEO K. STUPELL, Respondent, et al., Defendants.— On the call of the calendar, upon appellant's motion, appeal withdrawn; respondent's cross motion to dismiss appeal, denied. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.

■ JULIAN MILLER, Appellant, v. ISIDORE MILLER et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated September 27, 1962, requiring him to perfect his appeal for the November 1962 Term. The stay heretofore granted is vacated. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.

■ In the Matter of ROSE M. CUMMINGS, Appellant, v. EUGENE BOWMAN et al., Respondents.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 2, 1963. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of ANANIAS THOMAS, Deceased. MARTHA THOMAS, Appellant; SALLIE THOMAS, as Executrix, Respondent.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 2, 1963. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.